B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re **SP Condos I, LLC**
Debtor

Case No. **09-31366**
Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Helix Construction Services, Inc.<br>1131 Benfield Blvd., Ste. F<br>Millersville, MD  21108 | | | **DISPUTED** | $674,563.99 |
| Anne Arundel County<br>P.O. Box 427<br>Annapolis, MD  21401 | | | | $143,845.81 |
| Chesapeake Insurance Group<br>7401 Ritchie Hwy.<br>Glen Burnie, MD 21060 | | | | $7,398.00 |
| Southland Insulators<br>7501 Resource Court<br>Baltimore, MD  21226 | | | | $2,500.00 |
| Baltimore Gas & Electric<br>P.O Box 13070<br>Philiadelphia, P.A,. 19101 | | | | $2,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **SP Condos I, LLC** , Case No. **09-31366**
Debtor
Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Thyssen Krupp Elevator Corp.** 513 Progress Drive, Ste. C Linthicum, MD 21090 | | | | $1,855.98 |
| **Anne Arundel County** P.O. Box 427 Annapolis, MD 21401 | | | | $849.64 |
| **Aspen Grove** P.O. Box 650 8322 Elvaton Road Millersville, MD 21108 | | | | $495.83 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Edward J. Dyas, Managing Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **11/4/2009**     Signature: **/s/ Edward J. Dyas**

**Edward J. Dyas ,Managing Member**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.