B6F (Official Form 6F) (12/07)

In re **SP Condos I, LLC**  
Debtor

Case No. **09-31366**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Absolute Fire Protection**<br>**836 Ritchie Highway, Suite 6**<br>**Severna Park, MD 21146** | | | | | X | | 1.00 |
| ACCOUNT NO.<br>**Ace Contracting Services**<br>**2491 Mullinix Road**<br>**Mount Airy, MD 21771** | | | | | | | 21,677.00 |
| ACCOUNT NO.<br>**American Baltimore Home Insulation**<br>**2312 Eskow Avenue**<br>**Baltimore, MD 21227** | | | | | | | 24,229.00 |
| ACCOUNT NO.<br>**American Healthy Homes**<br>**2561 Housely Road**<br>**Annapolis, MD 21401** | | | | | | | 8,700.00 |

_10_ Continuation sheets attached

Subtotal ▶ $ **54,607.00**

Total ▶ $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **SP Condos I, LLC** , Case No. **09-31366**
Debtor  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Aspen Grove**<br>**P.O. Box 650**<br>**8322 Elvaton Road**<br>**Millersville, MD  21108** | | | Landscape Services | | | | 495.83 |
| ACCOUNT NO.<br><br>**Baltimore Gas & Electric**<br>**P.O Box 13070**<br>**Philiadelphia, P.A,. 19101** | | | Sevrices | | | | 2,000.00 |
| ACCOUNT NO.<br><br>**Banner Striping & Sealcoating**<br>**5935 Falls Road**<br>**Baltimore, MD 21209** | | | | | X | | 1.00 |
| ACCOUNT NO.<br><br>**Belair Underground Services**<br>**302 Brunswick Drive**<br>**Bel Air, MD 21015** | | | | | | | 4,019.00 |
| ACCOUNT NO.<br><br>**BFPE International**<br>**7512 Connelley Drive**<br>**Hanover, MD 21076** | | | | | X | | 1.00 |

Sheet no. 1 of 10 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ **6,516.83**

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **SP Condos I, LLC** , Case No. **09-31366**
          Debtor                                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bunting Doors & Hardware, Inc.**<br>**9351 G. Philadelphia Road**<br>**Baltimore, MD 21237** | | | | | | | **200.00** |
| ACCOUNT NO.<br><br>**BWS Industries, LLC**<br>**201 Carroll Island Road**<br>**Baltimore, MD 21220** | | | | | X | | **1.00** |
| ACCOUNT NO.<br><br>**C&R Electric**<br>**899 Airport Park Road**<br>**Glen Burnie, MD 21061** | | | | | | | **105,901.00** |
| ACCOUNT NO.<br><br>**C&R Innovations**<br>**899 Airport Park Road**<br>**Glen Burnie, MD 21061** | | | | | | | **21,750.00** |
| ACCOUNT NO.<br><br>**C&S Construction**<br>**806 Cromwell Park Drive,**<br>**Suite V rear**<br>**Glen Burnie, MD 21061** | | | | | | | **6,155.25** |

Sheet no. 2 of 10 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **134,007.25**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **SP Condos I, LLC**                                    Case No. **09-31366**
                    Debtor                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Chassagnes Concrete, Inc**<br>**11205 Philadelphia Road**<br>**White Marsh, MD 21162** | | | | | X | | 1.00 |
| ACCOUNT NO.<br><br>**Chesapeake Insurance Group**<br>**7401 Ritchie Hwy.**<br>**Glen Burnie, MD 21060** | | | Insurance Premiums | | | | 7,398.00 |
| ACCOUNT NO.<br><br>**D.F. Smith, Inc.**<br>**114 Holsum Way**<br>**Glen Burnie, MD 21060** | | | | | | | 28,889.00 |
| ACCOUNT NO.<br><br>**Devere Insulation/Southland Insulat**<br>**7501 Resource Court**<br>**Baltimore, MD 21226** | | | | | | | 20,834.00 |
| ACCOUNT NO.<br><br>**Diamond Engineering**<br>**9825 Old Solomons Island Road**<br>**Owings Mills, MD 20736** | | | | | | | 462.50 |

Sheet no. 3 of 10 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **57,584.50**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **SP Condos I, LLC**,                                                Case No. **09-31366**
                           Debtor                                                                   (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ECS Mid-Atlantic, LLC**<br>**1340-P Charwood Road**<br>**Hanover, MD 21076** | | | | | | | 344.67 |
| ACCOUNT NO.<br><br>**Emrich Mechanical Inc.**<br>**5515 Selma Avenue**<br>**Arbutus, MD 21227** | | | | | | | 52,476.80 |
| ACCOUNT NO.<br><br>**Form Services, Inc.**<br>**P.O. Box 60**<br>**Linthicum Heights, MD** | | | | | X | | 1.00 |
| ACCOUNT NO.<br><br>**Free State Steel, Inc.**<br>**1700 S. Haven Street**<br>**Baltimore, MD 21224** | | | | | X | | 1.00 |
| ACCOUNT NO.<br><br>**Gable Signs, Inc.**<br>**7440 Fort Smallwood Road**<br>**Baltimore, MD 21226** | | | | | | | 4,333.00 |

Sheet no. <u>4</u> of <u>10</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **57,156.47**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **SP Condos I, LLC** ,                                                Case No. **09-31366**
                    Debtor                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Helix COnstruction<br>1131 Benfield Blvd, Suite F<br>Millersville, MD 21108** | | | | | | | 19,304.98 |
| ACCOUNT NO.<br><br>**Helix Construction Services, Inc.<br>1131 Benfield Blvd., Ste. F<br>Millersville, MD  21108<br><br>Robert L. Ferguson, Jr., Esquire<br>100 South Charles Street<br>Suite 1401<br>Baltimore, Md. 21201** | | | **Condo, claimed less: paid on Helix's behalf** | | | X | 674,563.99 |
| ACCOUNT NO.<br><br>**Home Paramount Pest Control Co.<br>2082 Generals Highway<br>Annapolis, MD 21401** | | | | | X | | 1.00 |
| ACCOUNT NO.<br><br>**In Home Stone Marble & Granite<br>1794 Virginia Avenue<br>Annapolis, MD 21401** | | | | | | | 4,798.00 |

Sheet no. _5_ of _10_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **698,667.97**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **SP Condos I, LLC**                                  ,           Case No. **09-31366**
                           **Debtor**                                           **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Ingrounds Contracting, Inc.**<br>**130 Lubrano Drive**<br>**Suite 108**<br>**Annapolis, MD 21401** | | | | | X | | 1.00 |
| ACCOUNT NO. <br><br>**Interstate Gypsum Floor Co., Inc.**<br>**7221 Gray Burn Drive**<br>**Suite A**<br>**Glen Burnie, MD 21061** | | | | | | | 11,500.00 |
| ACCOUNT NO. <br><br>**James M. Clark, Inc.**<br>**P.O. Box 1767**<br>**Lusby, MD 20768** | | | | | | | 2,261.00 |
| ACCOUNT NO. <br><br>**Krupnik Brothers, Inc**<br>**1913 Dorsey Road**<br>**Glen Burnie, MD 21061** | | | | | | | 9,406.00 |
| ACCOUNT NO. <br><br>**Long Fence Company, Inc.**<br>**P.O. Box 3697**<br>**Crofton, MD 21143** | | | | | X | | 1.00 |

Sheet no. <u>6</u> of <u>10</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **23,169.00**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **SP Condos I, LLC** , Case No. **09-31366**
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Metropolitan Fire Protection**<br>**7179 Old Alexandria Ferry Road**<br>**Clinton, MD 20735** | | | | | | | 52,269.00 |
| ACCOUNT NO.<br>**Multitech Sealers, Inc.**<br>**212 Najoles Road**<br>**Millersville, MD 21108** | | | | | | | 1,014.50 |
| ACCOUNT NO.<br>**North Eastern Caulking Co.**<br>**P.O. Box 791**<br>**Stevensville, MD 21666** | | | | | | | 160.00 |
| ACCOUNT NO.<br>**Old Line Construction**<br>**730 Mink Path**<br>**Crownsville, MD 21032** | | | | | | | 52,138.00 |
| ACCOUNT NO.<br>**Overhead Door Co. of Baltimore**<br>**3501 Century Avenue**<br>**Baltimore, MD 21227** | | | | | | | 542.50 |

Sheet no. 7 of 10 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 106,124.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **SP Condos I, LLC**                                 ,   Case No. **09-31366**
                            Debtor                                                      **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Provincial Painting, Inc.** <br> **3325 Kent Point Road** <br> **Stevensville, MD 21108** | | | | | | | 29,963.00 |
| ACCOUNT NO. <br><br> **R.E. Robertson** <br> **42 Hudson Street, Suite 201** <br> **Annapolis, MD 21401** | | | | | | | 69,030.30 |
| ACCOUNT NO. <br><br> **Reico Kitchen & Bath** <br> **150-T Jennifer Road** <br> **Annapolis, MD 21401** | | | | | | | 15,747.00 |
| ACCOUNT NO. <br><br> **Rommel Electric Systems** <br> **1177 Patuxent Road** <br> **Odenton, MD 21113** | | | | | X | | 1.00 |
| ACCOUNT NO. <br><br> **RPM Framing, Inc.** <br> **22300 Dickerson Road** <br> **Dickerson, MD 20842** | | | | | | | 38,897.00 |

Sheet no. <u>8</u> of <u>10</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **153,638.30**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SP Condos I, LLC** ,  Case No. **09-31366**
           Debtor                                                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Salsbury Industries**<br>1010 East 62nd Street<br>Los Angeles, CA 90001 | | | | | X | | 1.00 |
| ACCOUNT NO.<br>**Southland Insulators**<br>7501 Resource Court<br>Baltimore, MD  21226 | | | **Settlement Amount Remaining Helix Subcontractor** | | | | 2,500.00 |
| ACCOUNT NO.<br>**Stiller Appliances**<br>703 Crain Highway<br>Glen Burnie, MD 21061 | | | | | | | 4,994.00 |
| ACCOUNT NO.<br>**Swift Floor Contractors**<br>10650 Riggs Hills Road, Suite 104<br>Jessup, MD 20794 | | | | | | | 58,143.00 |
| ACCOUNT NO.<br>**Thyssen Keupp Elevators**<br>513 Progress Drive, Suite C<br>Linthicum, MD 20190 | | | | | | | 15,074.00 |

Sheet no. 9 of 10 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ **80,712.00**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **SP Condos I, LLC** ,                                    Case No. **09-31366**
                    Debtor                                                                 (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Thyssen Krupp Elevator Corp.** 513 Progress Drive, Ste. C Linthicum, MD 21090 | | | **Elevator Maintenance Contract** | | | | 1,855.98 |

Sheet no. 10 of 10 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **1,855.98**

Total ➢ $ **1,374,039.30**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **SP Condos I, LLC**                                                                 Case No.  **09-31366**
                              Debtor                                                                                      (If known)

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Edward J. Dyas**, the **Managing Member** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **12/8/2009**                           Signature:  **s/ Edward J. Dyas**
                                                                        **Edward J. Dyas Managing Member**
                                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.