UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re: :
:
SP GATEWAY CONDOS I, LLC :
:
: Case No. 09-31366
: (Chapter 11)
Debtor. :
:

**SWIFT FLOORING CONTRACTORS, LLC'S
OBJECTION TO DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND
CLEAR OF LIENS AND ENCUMBRANCES
(8535 Veterans Highway, #319, Severna Park, Maryland)**

COMES NOW Swift Flooring Contractors, LLC ("Movant"), by counsel, and objects to Debtor's motion to sell certain real property known as 8535 Veterans Highway, #319, Severna Park, Maryland ("Condominium Unit") because Debtor has not specified whether Debtor has included Movant's invoice for post-petition installation of carpet and vinyl in the Condominium Unit within the Proposed Distribution from the proceeds of sale. In the absence of such confirmation, Movant objects to the sale.

In support of its Objection, Movant states as follows:

1. On November 4, 2009, Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code. On December 16, 2009, the debtor filed its motion to sell the Condominium Unit (hereinafter, "Motion").

2. Debtor has incurred certain expenses in connection with finishing and preparing the Condominium Unit for sale.

3. Among those expenses is $1,233.00 due to Movant for post petition installation of carpet and vinyl within the Condominium Unit on or about November 25, 2009. A copy of Movant's

invoice dated December 8, 2009 in the amount of $1,233 is attached hereto as Exhibit A ("Invoice")..

4. In paragraph 9 of Debtor's Motion, Debtor indicates its intention to pay the total sum of $18,118 to vendors on account of "Cost of Finishing Unit (Post Petition construction expenses)".

5. Debtor has failed to specify with clarity and Movant does not have confirmation from the Debtor that Movant's Invoice is among those which Debtor intends to satisfy at closing upon the sale.

6. In the absence of such specificity and confirmation, Movant files this cautionary objection to sale but will withdraw the objection upon Debtor's confirmation of payment of the Invoice to Movant.

WHEREFORE, the Movant, Swift Flooring Contractors, LLC, respectfully requests that this Honorable Court to deny Debtor's Motion; or in the alternative, to approve it, conditioned upon Debtor's payment at closing of Movant's Invoice in the amount of $1,233; and to grant such other and further relief as is appropriate and just.

Date: January 8, 2010

Respectfully submitted,
SWIFT FLOORING CONTRACTORS, LLC
By Counsel

_/s/ Ursula Koenig Burgess_
Ursula Koenig Burgess, US District Court No.: 16780
Lella Amiss E. Pape, US District Court No.: 15438
REES BROOME , PC
8133 Leesburg Pike, Ninth Floor
Vienna, Virginia 22182
(703) 790-1911
Fax No. (703) 288-9410
*Counsel for Swift Flooring Contractors, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this __8th__ day of January, 2010, mailed, postage prepaid, a true copy of the foregoing Objection to Debtor's Motion to Sell Real Property Free and Clear of Liens and Encumbrances to the following parties.

**Michael Stephen Myers**
Scarlett & Croll, P.A.
201 North Charles Street
Suite 600
Baltimore, MD 21201

**Robert B. Scarlett**
Scarlett & Croll, P.A.
201 N. Charles Street
Suite 600
Baltimore, MD 21201-4110

**US Trustee - Baltimore**
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

**SP Gateway Condos I, LLC**
497C Ritchie Highway
Severna Park, MD 21146

/s/ Ursula Koenig Burgess
Ursula Koenig Burgess

K:\47\47146\00003\PLDNGS\100107 Objection to Sale (Swift).DOC

3

# Swift Flooring Contractors, LLC

**Remit to:**
Swift Flooring Contractors, LLC
10611 Iron Bridge Road
Suite A & B
Jessup, MD 20794

Phone: 301 543-8070   Fax: 301 543-8079

Invoice number: I18178
Page: 1

Concorde Bldr
PO Box 750
Severna Park MD 21146

| INVOICE DATE | CUST. NO. | ORDER DATE | SALESMAN | JOB NO. | TERMS |
|---|---|---|---|---|---|
| 12/08/2009 | CONC01 | 04/09/2008 | HOUSE | 004420 | |

| DESCRIPTION | AMOUNT |
|---|---|
| Job name: HCGV319D | |
| GATEWAY CONDOS | |
| LOT 319D | |
| PER PROPOSAL #000110 | |
| INSTALL CARPET TIDEWATER/CREAM | 1134.00 |
| INSTALL VINYL VENTURE/LAUNDRY ROOM | 99.00 |
| Sub-total> | 1,233.00 |
| Sales tax> | .00 |
| Less Deposit | .00 |
| Total Due this Invoice | 1,233.00 |

ST DUE WILL BE CHARGED THE MAXIMUM
EST PERMITTED BY LAW.

ALL-STATE LEGAL®
A