UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | **Chapter 11** |
| SP GATEWAY CONDOS I, LLC, | * | |
| | | **Case No. 09-31366** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**WITHDRAWAL OF PROOF OF CLAIM
OF HELIX CONSTRUCTION SERVICES, INC.**

Creditor Helix Construction Services, Inc. ("Helix"), by its undersigned counsel, hereby withdraws its Proof of Claim No. 13 ("Claim No. 13") pursuant to Bankruptcy Rule 3006. Claim No. 13 was in the amount of $692,293.24 and was filed on March 1, 2010.

The withdrawal of Claim No. 13 does not affect Helix's rights to file a new proof of claim.

Dated: March 1, 2010

                Respectfully submitted,

                /s/*Thomas D. Renda*
                Thomas D. Renda
                Federal Bar No. 06690
                Miles & Stockbridge P.C.
                10 Light Street
                Baltimore, Maryland 21202
                (410) 385-3418

                *Attorney for Helix Construction Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served by U.S. Postal Service, first-class postage prepaid, a true and accurate copy of the foregoing **Withdrawal of Proof of Claim of Helix Construction Services, Inc.,** this 1st day of March 2010, to the following persons:

*Debtor:*
SP Gateway, LLC
497C Ritchie Highway
Severna Park, MD 21146

*Counsel for Debtor*:
Robert B. Scarlett, Esquire
Michael Stephen Myers, Esquire
Scarlett & Croll, P.A.
201 North Charles Street
Suite 600
Baltimore, MD 21201

*U.S. Trustee:*
Office of the United States Trustee
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201


/s/*Thomas D. Renda*
Thomas D. Renda