IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **SP GATEWAY CONDOS I, LLC,** | * | Chapter 11<br>Case No. 09-31366 (RAG) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OBJECTION BY HELIX CONSTRUCTION SERVICES, INC. TO
MOTION TO EXTEND THE DEBTOR'S EXCLUSIVE PERIOD TO FILE A PLAN OF
REORGANIZATION PURSUANT TO 11 U.S.C. § 1121**

Helix Construction Services, Inc. ("Helix"), by and through its undersigned counsel, hereby objects to the Debtor's Motion to Extend the Debtor's Exclusive Period to File a Plan of Reorganization Pursuant to 11 U.S.C. § 1121 [Doc. No. 80] ("Motion"), and in support of this Objection, Helix states as follows:

1. Under In re Express One Int'l, Inc., 194 B.R. 98, 100 (Bankr. E.D. Tex. 1996), in determining whether cause exists to extend the debtor's exclusivity period to file a plan, a court may consider many factors, including the following:

    a. the size and complexity of the case;

    b. the existence of good faith progress toward reorganization; and

    c. whether the debtor has made progress in negotiating with creditors.

2. Helix asserts that the bankruptcy case is neither large nor complex. SP Gateway Condos I, LLC (the "Debtor") has scheduled less than fifty creditors. Of those creditors, only one has been identified as holding a secured claim. In addition, the case does not involve complex issues such as mass torts, large judgments, or environmental claims.

3. The Debtor has not made good faith progress towards reorganization. Since November 4, 2009 (the "Petition Date"), the Debtor has filed multiple revised schedules, with the most recent set of schedules still grossly inaccurate. Debtor lists only 8535 Veterans Highway, Millersville, Maryland 21108 as the property securing the claim, but, upon information and belief, the loan is actually secured by additional properties not included on the Schedule. Helix does not assert that this inaccuracy is the sole inaccuracy, but provides this example to show that the Debtor has not made good faith progress towards reorganization.

4. The Debtor does offer an example of its progress towards reorganization; it cites to lease negotiations with Lido Pizza for two floors of its building. However, this lease would be of space in one of the commercial buildings owned by SP Gateway, LLC, not the Debtor, and provides no information about the progress, if any, the Debtor is making towards reorganization.

5. The Debtor has also not made significant progress in negotiating with creditors. Helix holds the largest unsecured claim against the Debtor, but the Debtor has not kept Helix apprised of developments or worked with Helix to negotiate plan terms for which Helix could provide consent.

6. In addition, on information and belief, the Debtor has not yet hired its own appraiser to determine the current value of the property.

7. Because the case is not large or complex, the Debtor is not making significant progress towards reorganization, and the Debtor is not making significant progress negotiating with creditors, the Court should deny the Debtor's Motion and not extend the Exclusivity Period.

WHEREFORE, Helix Construction Services, Inc. requests the entry of an order (i) denying the relief requested by the Debtor in the Motion and (ii) granting such other and further relief as is just and proper in this case.

Dated this 17th day of March 2010.

/s/ Thomas D. Renda
Thomas D. Renda
Federal Bar No. 06690
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 385-3418
Fax (410) 385-3700
Email: trenda@milesstockbridge.com

/s/ Robert L. Ferguson, Jr.
Robert L. Ferguson, Jr.
Federal Bar No. 00777
Gregory P. Currey
Federal Bar No. 28583
100 S. Charles Street, Suite 1401
Baltimore, MD 21201-2725
Phone: (410) 837-2200

*Counsel to Helix Construction Services, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of March, 2010, a true and correct copy of the foregoing was served via first class mail, postage prepaid, upon:

> SP Gateway Condos I, LLC
> 497C Ritchie Highway
> Severna Park, MD 21146
> *Debtor*
>
> Robert B. Scarlett, Esquire
> Michael Stephen Myers, Esquire
> Scarlett & Croll, P.A.
> 201 N. Charles Street, Suite 600
> Baltimore, MD 21201
> *Counsel for Debtor*
>
> Office of the United States Trustee
> Garmatz Federal Courthouse
> 101 West Lombard Street
> Suite 2625
> Baltimore, MD 21201
> *U.S. Trustee*

and via this Court's CMECF system, upon all parties registered to receive electronic notice.

> /s/ Thomas D. Renda
> Thomas D. Renda